IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Diderot Charline Mefire Mounpain, | * |
| Petitioner, | * |
| v. | * Case No. 1:26-cv-00208-PX |
| Field Officer Director, Baltimore Field Office, ERO-Baltimore, U.S. Immigration and Customs Enforcement, et al., | * |
| | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered the Petition for Writ of Habeas Corpus (ECF No. 1, "Petition"), along with the Joint Notice and Order filed by the parties at ECFs Nos. 8 & 8-1, and the entire record in this case, good cause having been shown, it is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** without prejudice as to any further relief at this time:

1. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. A bond hearing shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention, and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. If bond is granted and Petitioner is released, nothing in this Court's Order precludes ICE from imposing reasonable conditions of release;

6. The parties shall provide the Court with a Status Report within 14 days of this Order;

7. Petitioner's request for attorney's fees and costs is denied.

**ORDERED** that this Court shall **RETAIN** jurisdiction over this matter to enforce compliance with this Order.


Date: January 21, 2026                              /s/
                                            The Honorable Paula Xinis
                                            U.S. District Court Judge, District of Maryland